UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dwayne A. Reddick

    v.                          No. 06-fp-008

Hillsborough County Department
of Corrections, et al.


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-008-SM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  January 19, 2006

cc:    Dwayne A. Reddick, *pro se*