UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dwayne A. Reddick

            v.                          Civil No. 06-cv-8-SM

Hillsborough County Department
of Corrections, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 27, 2006, no objection having been filed.  The case is hereby dismissed.

    SO ORDERED.

May 22, 2006

                                               Steven J. McAuliffe
                                               Chief Judge

cc:    Dwayne A. Reddick, pro se